26SL-CC03954

Electronically Filed - St Louis County - May 26, 2026 - 03:03 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| TYLER GOCLAN,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS REALTY INC.<br>Serve Registered Agent:<br>RAMZI HASSAN<br>14400 John Humphrey Dr.<br>Suite 200<br>Orland Park, IL 60462<br><br>Defendant. | )<br>)<br>)<br>) Cause No.:______________<br>)<br>) Division No. ________<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**PETITION**

COMES NOW Plaintiff and as and for his cause of action against Defendant Edwards Realty, Inc., states to the Court as follows:

1. That at all relevant times herein mentioned, Plaintiff Tyler Goclan was an individual and resident of the State of Missouri.

2. That Edwards Realty, Inc. is a foreign corporation in good standing that may be served through its Registered Agent, Ramzi Hassan at 14400 John Humphrey Dr., Suite 200, Orland Park, Illinois 60462.

3. That at all relevant times herein mentioned, Edwards Realty, Inc. owned, managed and/or controlled the premises at The Boulevard, 1 The Boulevard, Richmond Heights, Missouri 63117 (hereinafter, "Premises").

Electronically Filed - St Louis County - May 26, 2026 - 03:03 PM

4. That on or about January 11, 2025, Plaintiff was an invitee on the Premises to dine at Maggiano's Little Italy restaurant.

5. That on or about January 11, 2025, while on the Premises, Plaintiff parked in the parking garage on the 2nd level and attempted to exit via the stairs. As Plaintiff attempted to walk down the stairs, he was caused to slip and fall on snow and ice located on the stairs thereby sustaining injuries and damages as stated herein below.

6. That said snow and ice on the floor of the stairs on the Premises constituted a dangerous and hazardous condition on the property in that it presented an unreasonable risk of injury to persons using the same.

7. That Defendant knew or in the exercise of ordinary care should have known about the dangerous condition of the snow and ice on the floor of the stairs on the Premises and that the Premises was not reasonably safe for persons using the same for the following reasons:

a. Defendant, through its agents or employees, caused the snow and ice to be shoveled onto on the floor of the stairs on the Premises on January 11, 2025;

b. Defendant, through its agents or employees, were made aware that the snow and ice was on the floor of the stairs on the Premises on January 11, 2025;

c. The snow and ice remained on the floor of the steps on the Premises for a long time, perhaps hours, prior to Plaintiff's fall on January 11, 2025;

Electronically Filed - St Louis County - May 26, 2026 - 03:03 PM

d. That Defendant attempted to shovel or otherwise remove the snow and ice from the steps of the Premises prior to Plaintiff's fall on January 11, 2025;

e. Defendant, through its agents or employees, observed the snow and ice on the floor of the steps on the Premises prior to Plaintiff's fall on January 11, 2025; and/or

f. Defendant was notified of the snow and ice on the floor of the steps by other patrons at the Boulevard prior to Plaintiff's fall on January 11, 2025.

10. That by contract, undertaking or status, Defendant owed a duty of care to Plaintiff to remove the snow and ice from the steps of the Premises and to prevent and/or protect Plaintiff from bodily injury.

11. That Defendant was negligent and careless in the following respects:

a. failing to use ordinary care to remove the snow and ice from the steps on the Premises;

b. failing to use ordinary care to warn Plaintiff of the snow and ice on the steps of the Premises; and/or

c. failing to use ordinary care to barricade the stairwell on the Premises.

12. That as a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff was caused to suffer injuries to his left hand and low back.

13. That Plaintiff's injuries are permanent, painful, progressive and disabling.

Not an Official Court Document

Electronically Filed - St Louis County - May 26, 2026 - 03:03 PM

14. That Plaintiff has incurred medical expenses in excess of Five Thousand Dollars ($5,000.00) to the time of the filing and will incur further medical expenses in the future.

WHEREFORE, Plaintiff prays judgment against Defendant in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) and for all other sums this Court deems just and reasonable, including reasonable costs and interest.

Respectfully submitted,

THE SUMNER LAW GROUP, LLC

By ___/s/ Andrew S. Martin________

BRENT A. SUMNER, #59460
ANDREW S. MARTIN, #62657
7777 Bonhomme Avenue, Suite 2100
Saint Louis, MO 63105
T: 314-669-0048
E: andrew@sumnerlawgroup.com

Not an Official Court Document